1  KAMER ZUCKER ABBOTT
   Scott M. Abbott      #4500
2  R. Todd Creer        #10016
   3000 W. Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel:  (702) 259-8640
4  Fax: (702) 259-8646

5  Attorneys for Defendant

6

7

8                        UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10 ANDREA YOUNG,                    )   Case No. 2:06-cv-01141-KJD-LRL
                                    )
11                 Plaintiff,       )
                                    )
12 vs.                              )   **STIPULATION FOR DISMISSAL**
                                    )   **WITH PREJUDICE**
13 WALGREEN CO.,                    )
                                    )
14                 Defendant.       )
                                    )
15

16

17      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and
18 Defendant, by and through their respective attorneys of record, hereby stipulate and request that
19 the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear its
20 own attorneys' fees and costs, except as otherwise agreed.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice* with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this 2nd day of July, 2007.

| CHARMAINE L. CLARK, LTD. | KAMER ZUCKER ABBOTT |
|---|---|
| By: *Charmaine L. Clark* | By: *R. Todd Creer* |
| Charmaine L. Clark   #5915 | Scott M. Abbott   #4500 |
| Charmaine L. Clark, Ltd. | R. Todd Creer     #10016 |
| 163 East Warm Springs Road | 3000 West Charleston Boulevard, Suite 3 |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89102 |
| Tel: (702) 492-0881 ext. 2 | Tel: (702) 259-8640 |
| Fax: (702) 898-7182 | Fax: (702) 259-8646 |
| Attorney for Plaintiff | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT COURT JUDGE